ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4818
Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RICHARD DANIEL JACOBO,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Civil No. 2:26-cv-2027-JDP

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is currently due August 10, 2026. Defendant has not previously requested an extension of this deadline.

2. Due to unforeseen issues in the processing of this complaint the electronic certified administrative records (eCAR) in this case is not yet available for timely filing. An extension of 30 days should give sufficient time to finalize the production of the eCAR in this case for filing.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 9, 2026, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *August 11, 2026*

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Law Offices of Francesco Benavides

Date: *August 11, 2026*

By: */s/ Francesco Benavides*
*FRANCESCO P. BENAVIDES*
Attorney for Plaintiff
(*as authorized by email)

ORDER

APPROVED AND SO ORDERED

IT IS SO ORDERED.

Dated: August 11, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE